PHILLIP A. TALBERT
United States Attorney
MICHELE BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:00-CR-00345 |
|---|---|
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| DANIEL BULLOCK, ET AL., | |
| Defendants. | |

Upon the motion of the United States for an order to assign and disburse restitution, and for the reasons set forth in that motion, the Court hereby grants that motion and orders the Clerk of the Court to release from unclaimed funds the restitution collected to date in this case and disburse it to the Department of Treasury, Internal Revenue Service.

SO ORDERED.

_____
THE HONORABLE KIMBERLY J. MUELLER
UNITED STATES DISTRICT JUDGE