1   PHILLIP A. TALBERT
    United States Attorney
2   MICHELE BECKWITH
    Assistant United States Attorney
3   501 I Street, Suite 10-100
    Sacramento, CA 95814
4   Telephone:  (916) 554-2700
    Facsimile:   (916) 554-2900
5

6   Attorneys for Plaintiff
    United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,              CASE NO.  2:00-CR-00345 KJM

11                 Plaintiff,              ORDER

12          v.

13  DANIEL BULLOCK, ET AL.,

14                 Defendants.

15

16      Upon the motion of the United States for an order to assign and disburse restitution, and for the

17  reasons set forth in that motion, the Court hereby grants that motion and orders the Clerk of the Court to

18  release from unclaimed funds the restitution collected to date in this case and disburse it to the

19  Department of Treasury, Internal Revenue Service.

20      SO ORDERED.

21  DATED:  February 2, 2022.

22

23  _____
    CHIEF UNITED STATES DISTRICT JUDGE
24

25

26

27

28